No. 704. JOHN J. CASALE, INC. *v.* UNITED STATES ET AL. Appeal from the District Court of the United States for the District of Delaware. March 6, 1944. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States* v. *Illinois Central R. Co.,* 244 U. S. 82, 89; *Federal Power Commission* v. *Edison Co.,* 304 U. S. 375, 384–5; *Rochester Telephone Corp.* v. *United States,* 307 U. S. 125, 130. *Mr. Charles E. Cotterill* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for appellees.

No. 119. MILLER *v.* UNITED STATES. Certiorari, 320 U. S. 732, to the Circuit Court of Appeals for the Fifth Circuit. March 6, 1944. *Per Curiam:* On consideration of the stipulation between counsel for the petitioner and the Solicitor General, the judgment of the Circuit Court of Appeals is reversed and the cause is remanded to the District Court of the United States for the Northern District of Texas with directions that petitioner, after reasonable notice, be accorded a hearing on the issues involved before a judge other than the sentencing judge, and that at such hearing petitioner be allowed to be present and represented by counsel, with opportunity to adduce testimony and cross-examine witnesses. It is ordered that the mandate issue forthwith. *Mr. Gerhard A. Gesell* for petitioner. *Solicitor General Fahy* for the United States.

No. —. EX PARTE FRANK ROBERSON. March 6, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. 11, original. ILLINOIS *v.* INDIANA ET AL. March 7, 1944. Luther Ely Smith, Esquire, of Saint Louis, Missouri, appointed Special Master.